Cite as 2023 Ark. 134

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON CIVIL PRACTICE | **Opinion Delivered:** September 28, 2022 |

## PER CURIAM

Suzanne Penn, Esq., of Little Rock; Douglas M. Carson, Esq., of Fort Smith; and Austin Easley, Esq., of Forrest City, are reappointed to the Arkansas Supreme Court Committee on Civil Practice for three-year terms to expire on September 30, 2026. The court extends its appreciation to these members for their continued service.

Jamie Jones, Esq., of Little Rock; Judge Robert Gibson III of Crossett; and Megan Hargraves, Esq., of Little Rock, are appointed to the committee for three-year terms to expire September 30, 2026. We thank Ms. Jones, Judge Gibson, and Ms. Hargraves for their willingness to accept appointment to this important committee.

The court extends its gratitude to Bob Estes, Esq., of Fayetteville; Bill Stanley, Esq., of Jonesboro; and Kenya Davenport, Esq., of Little Rock, whose terms have expired, for their service to this committee.